## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WESLEY HAYNES,

    Petitioner,

        v.

CRAIG LOWE and PIKE COUNTY
CORRECTIONAL FACILITY,

    Respondents.

No. 3:13-CV-188

(JUDGE CAPUTO)

(MAGISTRATE JUDGE SCHWAB)

## ORDER

**NOW** this _2nd_ day of May, 2013, upon review of the Report and Recommendation of Magistrate Judge Susan E. Schwab (Doc. 14) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

    (1)    The Report and Recommendation (Doc. 14) is **ADOPTED.**

    (2)    Petitioner Wesley Haynes' Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED** as moot.

    (3)    The Clerk of Court is directed to mark the case as **CLOSED**.

A. Richard Caputo
United States District Judge